NUMBER 13-08-00265-CR



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


____________________________________________________________

 

JOSE LUIS ALVARADO, Appellant,


v.



THE STATE OF TEXAS, Appellee.

____________________________________________________________


On Appeal from the 370th District Court


of Hidalgo County, Texas.


____________________________________________________________


MEMORANDUM OPINION



Before Justices Rodriguez, Garza and Vela 


Memorandum Opinion Per Curiam



 Appellant, Jose Luis Alvarado, attempts to appeal his conviction. The trial court has
certified that this "is a plea-bargain case, and the defendant has NO right of appeal." See
Tex. R. App. P. 25.2(a)(2).

 On July 30, 2008, this Court notified appellant's counsel of the trial court's
certification and ordered counsel to: (1) review the record; (2) determine whether appellant
has a right to appeal; and (3) forward to this Court, by letter, counsel's findings as to
whether appellant has a right to appeal, or, alternatively, advise this Court as to the
existence of any amended certification.

 On January 6, 2009, counsel filed a letter brief with this Court. Counsel's response
does not establish that the certification currently on file with this Court is incorrect or that
appellant otherwise has a right to appeal. Additionally, Counsel indicates that appellant
has already served his time in jail and no longer wishes to pursue his appeal.

 The Texas Rules of Appellate Procedure provide that an appeal must be dismissed
if the trial court's certification does not show that the defendant has the right of appeal. 
Tex. R. App. P. 25.2(d); see Tex. R. App. P. 37.1, 44.3, 44.4. Accordingly, appellant's
motion to dismiss is GRANTED and this appeal is DISMISSED. Any pending motions are
denied as moot.

 

 PER CURIAM


Do not publish. See Tex. R. App. P. 47.2(b).


Memorandum Opinion delivered 

and filed this the 29th day of January, 2009.